**SUPPLEMENTAL INFORMATION FOR
SECTION 341 MEETING OF CREDITORS**

The following information is for the section 341(a) Meeting of Creditors ("Meeting") for this case, which will be conducted by remote means (either by telephone or videoconference).

Because of the developing issues with the COVID−19 virus and the national declaration of emergency by the President of the United States, in−person Meetings were continued. The case trustee, however, has the means to conduct the Meeting by telephone or other remote means.

**THEREFORE, UNTIL FURTHER NOTICE, ALL DEBTOR ATTORNEYS AND DEBTORS SHOULD PARTICIPATE IN MEETINGS BY TELEPHONE, OR BY SUCH REMOTE MEANS AS THE TRUSTEE HAS ESTABLISHED AND NOTICED.**

**CONTACT YOUR CASE TRUSTEE AND CHECK THE CASE DOCKET FOR INFORMATION ABOUT HOW TO PARTICIPATE IN THE MEETING FOR THIS CASE.**

Attorneys and debtors may call in from separate locations. Creditors and creditor attoneys may appear remotely and should use the information provided by the case trustee or on the docket to participate, or contact the trustee directly.

**Bankruptcy Documents:**  Debtors should have their bankruptcy documents available in the event there are questions about the information in the documents.

**No Recording:**  The Meetings will be recorded by the trustee or the United States Trustee. Any other recordings are prohibited.

All parties are encouraged to contact the case trustee, check the case docket, and the UST website for up−to−date information about section 341 meetings of creditors. In addition, information is posted here: https://www.ohsb.uscourts.gov.